AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 0 6 2017

Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Dina Maria PALACIOS<br>YOB: 1980  Citizenship: United States<br><br>*Defendant(s)* | Case No.  M-17-0041-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Did knowingly and intentionally possess with the intent to distribute approximately 25.22 kilograms of methamphetamine, a schedule II controlled substance, from the United Mexican States. |
| 21 U.S.C. § 952 | Did knowingly and intentionally import with the intent to distribute approximately 25.22 kilograms of methamphetamine, a schedule II controlled substance, from the United Mexican States. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Tomas Mora, U.S. ICE Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/6/2017    4:04 pm

_____
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

ATTACHMENT "A"

On January 6, 2017, at approximately 0628 hours, Dina Maria PALACIOS, the driver of a silver in color Chevrolet Tracker bearing Texas License Plates GYM2685, attempted to enter the United States from the United Mexican States via the Port of Entry (POE) in Pharr, Texas.

At primary inspection, a Customs and Border Protection (CBP) Officer obtained a negative oral declaration from PALACIOS. The primary inspection CBP Officer sent PALACIOS to secondary for a more intensive inspection.

At secondary inspection, a second CBP Officer obtained a second negative oral declaration from PALACIOS. The CBP Officer asked PALACIOS who the owner of the Chevrolet Tracker was to which PALACIOS stated the vehicle belonged to a subject named Maria (Last Name Unknown) and when questioned further PALACIOS stated the vehicle belonged to her husband.

A more intensive inspection of the Chevrolet Tracker resulted in the discovery of 23 packages containing a white substance that field tested positive for the properties of methamphetamine. The packages were concealed within a false compartment in the rear cargo area of the vehicle. The total weight of the methamphetamine was 25.22 kilograms.

Homeland Security Investigations, McAllen, Texas, Special Agents were notified of the seizure and responded to the Pharr, Texas POE for further investigation.

During a post-Miranda interview, PALACIOS initially stated the purpose of her entry into the United States was to go shopping in Pharr, Texas. After further questioning, PALACIOS stated that upon entering the United States she was to travel to Dallas, Texas to deliver money that she thought was in her vehicle. Later in the interview, PALACIOS stated she was told the Chevrolet Tracker was

empty and that she was to pick up money in Dallas, Texas and transport it to unknown subjects in Reynosa, Texas. PALACIOS stated that she has picked up money in Dallas, Texas on two other occasions and that during these trips it has crossed her mind that there could be narcotics in her vehicle.  PALACIOS stated she knows that narcotics are smuggled into the United States.